**Order filed November 10, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00826-CV
_____

**GERALD LEE RICKS, Appellant**

**V.**

**ANTHONY GUNN, Appellee**

On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-1095

# O R D E R

The notice of appeal in this case was filed September 28, 2015. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 25, 2015.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM